UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURA MARY NASTASE,                        )
                                            )
                          Plaintiff,        )        Case No. C09-1015-RSM
                                            )
            v.                              )
                                            )        ORDER DISMISSING § 1983
FEDERAL WAY MUNICIPAL COURT, et al.,        )        ACTION
                                            )
                          Defendants.       )
_____ )

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United

States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

   (1)    The Court adopts the Report and Recommendation.

   (2)    The complaint and this action are DISMISSED without prejudice.

   (3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge

          Tsuchida.

   DATED  this 13 day of October, 2009.




                                                    _____
                                                    RICARDO S. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 1983 ACTION – 1